JOHN BATTALY, Respondent, v. GEORGE COFFIN, Appellant.— Judgment and

order of the City Court of Yonkers unanimously affirmed, without costs, on authority of *Battaly* v. *Coffin* (*ante*, p. 807), decided herewith. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.